IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNA-JO BIONDINO,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUCKS COUNTY TECHNICAL<br>SCHOOL AUTHORITY, operating as<br>BUCKS COUNTY TECHNICAL HIGH<br>SCHOOL, KIMBERLY CARON,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  24-1252 |

# O R D E R

**AND NOW**, this 17th day of May, 2024, upon consideration of Defendants' Motion to Dismiss (ECF No. 7) and Plaintiff's Response in Opposition (ECF No. 12), Defendants' Motion is **HEREBY GRANTED**.  Biondino's Complaint (ECF No. 1) is **HEREBY DISMISSED WITHOUT PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　*/s/ Wendy Beetlestone*

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**