IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNA-JO BIONDINO,**<br>           Plaintiff,<br><br>v.<br><br>**BUCKS COUNTY TECHNICAL SCHOOL AUTHORITY, operating as BUCKS COUNTY TECHNICAL HIGH SCHOOL, KIMBERLY CARON,**<br>           Defendants. | **CIVIL ACTION**<br><br><br><br>**NO.  24-1252** |

### O R D E R

**AND NOW**, this 7th day of February, 2025, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 19), as well as Plaintiff Jenna-Jo Biondino's Response in Opposition thereto (ECF No. 21), it is **HEREBY ORDERED** that Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART**.  Defendants' Motion is **GRANTED** with respect to Count I of Plaintiff's second Complaint (ECF No. 18) and **DENIED** with respect to Count II of the same.

BY THE COURT:

S/ WENDY BEETLESTONE
_____
**WENDY BEETLESTONE, J.**