IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNA-JO BIONDINO,**<br>    **Plaintiff,**<br><br>v.<br><br>**BUCKS COUNTY TECHNICAL SCHOOL AUTHORITY, operating as BUCKS COUNTY TECHNICAL HIGH SCHOOL,**<br>    **Defendant.** | **CIVIL ACTION**<br><br><br><br>NO.  24-1252 |

## O R D E R

**AND NOW**, this 21st day of August, 2025, upon consideration of Defendant Bucks County Technical School Authority's Motion for Summary Judgment (ECF Nos. 29, 33, 34), as well as Plaintiff's Response in Opposition thereto (ECF Nos. 30, 31, 32), it is **HEREBY ORDERED** that Defendant's Motion is **GRANTED**.

The Clerk of Court is **ORDERED** to **TERMINATE** this case and **MARK** it **CLOSED.**

BY THE COURT:

S/ **WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**